UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANDON W. PERDUE,

                Plaintiff,

-v-

MYLAN N.V., *et al.*,

                Defendants.

16-CV-8000 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

On January 9, 2017, this case was consolidated with *Van Duppen v. Mylan N.V. et al.*, No. 16-CV-7926, as *In re Mylan N.V. Securities Litigation*, Master File No. 16-CV-07926. (ECF No. 20.) The consolidated case was resolved on March 30, 2023, and that decision was affirmed on appeal. *In re Mylan N.V. Sec. Litig.*, 666 F. Supp. 3d 266 (S.D.N.Y. 2023), *aff'd sub nom. Menorah Mivtachim Ins. Ltd. v. Sheehan*, No. 23-720, 2024 WL 1613907 (2d Cir. Apr. 15, 2024), *cert. denied*, 145 S. Ct. 436 (2024).

Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 23, 2025
       New York, New York

                                              J. PAUL OETKEN
                                        United States District Judge